(133 So. 738)
### Riley WILLIAMS v. STATE.
### 6 Div. 877.

Supreme Court of Alabama.
March 19, 1931.

Rehearing Denied April 23, 1931.

Still Hunter and L. D. Gray, both of Jasper, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

BOULDIN, J.

Petition of Riley Williams for certiorari to Court of Appeals to review and revise the judgment and decision of that Court, in Williams v. State (6 Div. 844) 133 So. 737.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.

(134 So. 30)
### Jack PAINTER v. STATE.
### 7 Div. 42.

Supreme Court of Alabama.
April 23, 1931.

Haralson & Son, of Ft. Payne, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BOULDIN, J.

Petition of Jack Painter for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Painter v. State, 134 So. 29.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.